07 CV 6959

Judge Berman

Robert D. Piliero (RP 6898)
Eli Z. Freedberg (EZ 6854)
**PILIERO GOLDSTEIN, LLP**
10 East 53rd Street
New York, New York 10022
Tel: (212) 478-8500
Fax: (212) 478-8584

*Attorneys for Plaintiff Nomination Di Antonio
E Paolo Gensini, S.N.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
                                                  :
NOMINATION DI ANTONIO E PAOLO GENSINI             :
S.N.C.,                                           :
                                                  :
                              Plaintiff,          :
                                                  :
              -against-                           :
                                                  :
                                                  :    **RULE 7.1 STATEMENT**
H.E.R. ACCESSORIES LTD., PAN OCEANIC              :
GROUP, LLC, RICHARD TERZI, HYMIE                  :
ANTEBY, SAM ANTEBY, JACK ANTEBY,                  :
CLAIRE'S STORES, INC., SOCORRO                    :
ECHEVERRIA, *d/b/a* DEALT-IN MARKETING,           :
AGC Inc., THOSE CHARACTERS FROM                   :
CLEVELAND, INC., AMERICAN GREETINGS               :
CORPORATION, ARTLIST INTERNATIONAL,               :
INC., ARTLIST INTERNATIONAL USA, INC.,            :
DIC I CORPORATION d/b/a/ DIC                      :
ENTERTAINMENT CORPORATION, HEARST                 :
HOLDINGS, INC., FLEISCHER STUDIOS, INC.,          :
KING FEATURES SYNDICATE, HOUGHTON                 :
MIFFLIN COMPANY, UNIVERSAL STUDIOS                :
LICENSING LLLP, NINTENDO OF AMERICA,              :
INC., JAMES K. BENTON, SANRIO COMPANY,            :
LTD., SANRIO INC., VIACOM                         :
INTERNATIONAL, INC., JOHN DOES 1-50 and           :
XYZ COMPANIES 1-50,                               :
                                                  :
                              Defendants,         :
------------------------------------------------- X

[Stamp: RECEIVED AUG 02 2007 U.S.D.C. S.D.N.Y. CASHIERS]

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and in order to enable the judges and magistrates of the Court to evaluate possible disqualifications or recusal, counsel for Plaintiff, *Nomination Di Antonio E Paolo Gensini, S.N.C.* ("Plaintiff") (a private, non-governmental party), certifies that Plaintiff has no parent corporation and that there are no publicly held corporations that own 10% or more of Plaintiff's stock.

Dated: New York, New York
August 2, 2007

Respectfully submitted,

PILIERO GOLDSTEIN LLP

By: _____
Robert D. Piliero (RP 6898)
Eli Z. Freedberg (EF 6854)
10 East 53rd Street
New York, New York 10022
Tel: (212) 478-8500
Fax: (212) 478-8584

*Attorneys for Plaintiff Nomination Di Antonio E Paolo Gensini, S.N.C..*