RECEIVED
AUG 24 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NOMINATION DI ANTONIO E PAOLO
GENSINI S.N.C.,

              Plaintiff,

   v.

H.E.R. ACCESSORIES LTD., PAN
OCEANIC GROUP, LLC, RICHARD
TERZI, HYMIE ANTEBY, SAM ANTEBY,
JACK ANTEBY, CLAIRE'S BOUTIQUE'S
INC., CLAIRE'S STORES, INC.,
SOCORRO ECHEVERRIA, d/b/a DEALT-
IN MARKETING, AGC INC., THOSE
CHARACTERS FROM CLEVELAND,
INC., AMERICAN GREETINGS
CORPORATION, ARTLIST
INTERNATIONAL, INC., ARTLIST
INTERNATIONAL USA, INC., DIC I
CORPORATION d/b/a DIC
ENTERTAINMENT CORPORATION,
HEARST HOLDINGS, INC., FLEISCHER
STUDIOS, INC., KING FEATURES
SYNDICATE, HOUGHTON MIFFLIN
COMPANY, UNIVERSAL STUDIOS
LICENSING LLLP, NINTENDO OF
AMERICA, INC., JAMES K. BENTON,
SANRIO COMPANY, LTD., SANRIO INC.,
VIACOM INTERNATIONAL, INC., JOHN
DOES 1-50 and XYZ COMPANIES 1-50,

              Defendants.
-----------------------------------------------------------X

07-CV-6959

STIPULATION TO EXTEND TIME
FOR DEFENDANTS TO RESPOND
TO COMPLAINT

       The undersigned counsel hereby stipulate and agree that the deadline for all defendants to answer, move or otherwise respond to the Complaint shall be extended to September 7, 2007.

Nomination Stipulation.1.

PILIERO GOLDSTEIN LLP

By: _____
Robert D. Piliero (RP-6898)
10 East 53rd Street
New York, New York 10022
(212) 478-8500

*Attorneys for Nomination di Antonio Paolo Gensini S.N.C.*

DORSEY & WHITNEY LLP

By: _____
Bruce R. Ewing (BE-0724)
250 Park Avenue
New York, New York 10177
(212) 415-9206

*Attorneys for Defendants H.E.R. Accessories, Ltd., Pan Oceanic Group, LLC, Richard Terzi, Hymie Anteby, Sam Anteby, Jack Anteby, Claire's Boutiques, Inc. and Claire's Stores, Inc.*

SO ORDERED:

August 24, 2007

_____
Judge Richard M. Berman
Southern District of New York

2

4815-6965-8113\1
Nomination Stipulation.1