```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
NOMINATION DI ANTONIO                     Case No. 07 CV 6959 (RMB)(HP)
E PAOLO GENSINI S.N.C.,
                        Plaintiff,        AFFIDAVIT OF SERVICE

        -against-

H.E.R. ACCESSORIES LTD., et al.,
                        Defendants.
---------------------------------------X
STATE OF OHIO      )
                     s.s.:
COUNTY OF SUMMIT   )
```

_Ben Purser_, being duly sworn deposes and says that (he)/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the **15th** day of August, 2007, at approximately **4:00** a.m./(p.m.) deponent served a true copy of the an Amended Summons in a Civil Action, First Amended Complaint and Jury Demand with Exhibit A, Summons in a Civil Case, Complaint and Jury Demand with Exhibit A, Civil Cover Sheet, Rule 7.1 Statement, Notice of an Initial Pre-Trial Conference, Individual Practice Rules of Judge Richard M. Berman, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Individual Practice Rules of Magistrate Judge Henry Pitman and Consent to Proceed Before a United States Magistrate Judge [Blank Form] upon AGC Inc. at One American Road, Cleveland, Ohio by personally delivering and leaving the same with **Gina Beredo**, who informed deponent that he/(she) holds the position of **Litigation Counsel**, is authorized to accept service at that address.

**Ms. Gina Beredo** is a **white female** approximately **30** years of age, stands approximately **5** feet, **4** inches tall, weighs approximately **145** pounds with **dark brown** hair and _____ eyes.

Sworn to before me this **17th** day of August, 2007.

_Ben Purser_
PROCESS SERVER  Ben Purser

_Mary M. Eisaman_
NOTARY PUBLIC
Notary Public - State of Ohio
Filed in Summit County
My Commission Expires 7-7-12