UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

NOMINATION DI ANTONIO                    **Case No. 07 CV 6959 (RMB)(HP)**
E PAOLO GENSINI S.N.C.,
                        Plaintiff,       **AFFIDAVIT OF SERVICE**

        -against-

H.E.R. ACCESSORIES LTD., <u>et al.</u>,
                        Defendants.
----------------------------------------X

STATE OF OHIO      )
                   **s.s.:**
COUNTY OF SUMMIT   )


_____ *Ben Purser* _____, being duly sworn deposes and says
that he/she is over the age of eighteen, is an agent of
KEATING & WALKER ATTORNEY SERVICE, and is not a party to this
action.

   That on the *15th* day of August, 2007, at approximately
*4:00* a.m./p̶.m̶., deponent served a true copy of the an
Amended Summons in a Civil Action, First Amended Complaint and
Jury Demand with Exhibit A, Summons in a Civil Case, Complaint
and Jury Demand with Exhibit A, Civil Cover Sheet, Rule 7.1
Statement, Notice of an Initial Pre-Trial Conference,
Individual Practice Rules of Judge Richard M. Berman,
Procedures for Electronic Case Filing dated March 6, 2003,
Guidelines for Electronic Case Filing dated December 1, 2003,
3rd Amended Instructions for Filing an Electronic Case or
Appeal dated June 7,2004, Individual Practice Rules of
Magistrate Judge Henry Pitman and Consent to Proceed Before a
United States Magistrate Judge [Blank Form] upon Those
Characters From Cleveland, Inc. at One American Road,
Cleveland, Ohio by personally delivering and leaving the same
with *Gina Beredo*, who informed deponent that
he/she holds the position of *Litigation Counsel*, is
authorized to accept service at that address.

   *Ms. Gina Beredo* is a *white* *female* approximately
*30* years of age, stands approximately *5* feet, *4"* inches
tall, weighs approximately *145* pounds with *dark brown* hair and
_____ eyes.

                              Sworn to before me this
                              *17th* day of August, 2007.


_____ *Bun Pur* _____
PROCESS SERVER *Ben Purser*

                              _____
                              NOTARY PUBLIC
                              **Mary M. Eisaman**
                              **Notary Public - State of Ohio**
                              **Filed in Summit County**
                              **My Commission Expires** *1-7-12*