UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NOMINATION DI ANTONIO            Case No. 07 CV 6959 (RMB)(HP)
E PAOLO GENSINI S.N.C.,
                      Plaintiff,    **AFFIDAVIT OF SERVICE**

         -against-

H.E.R. ACCESSORIES LTD., et al.,
                      Defendants.
------------------------------------X
STATE OF OHIO      )
                   s.s.:
COUNTY OF SUMMIT   )

   ___Ben Purser___, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the __15th__ day of August, 2007, at approximately __4:00__ a.m./p.m., deponent served a true copy of the an Amended Summons in a Civil Action, First Amended Complaint and Jury Demand with Exhibit A, Summons in a Civil Case, Complaint and Jury Demand with Exhibit A, Civil Cover Sheet, Rule 7.1 Statement, Notice of an Initial Pre-Trial Conference, Individual Practice Rules of Judge Richard M. Berman, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Individual Practice Rules of Magistrate Judge Henry Pitman and Consent to Proceed Before a United States Magistrate Judge [Blank Form] upon American Greetings Corporation at One American Road, Cleveland, Ohio by personally delivering and leaving the same with __Gina Beredo__, who informed deponent that he/**she** holds the position of __Litigation Counsel__, is authorized to accept service at that address.

   __Ms. Gina Beredo__ is a __white__ __female__ approximately __30__ years of age, stands approximately __5__ feet, __4__ inches tall, weighs approximately __145__ pounds with __dark brown__ hair and _____ eyes.

                              Sworn to before me this
                              __17th__ day of August, 2007.

__Ben Pur__
PROCESS SERVER __Ben Purser__              NOTARY PUBLIC

                              **Mary M. Eisaman**
                              **Notary Public - State of Ohio**
                              **Filed in Summit County**