UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOMINATION DI ANTONIO E PAOLO
GENSINI S.N.C.,

                Plaintiff(s),            CASE NO. 07-CV-6959 (RMB)

    -against-

H.E.R. ACCESSORIES LTD., **ET AL.**,        **AFFIDAVIT OF SERVICE**
                Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK    )
                              s.s.:
COUNTY OF NEW YORK  )

      BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 15th day of August, 2007, at approximately 1:52 p.m., deponent served a true copy of the **AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT AND JURY DEMAND; SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND; CIVIL COVER SHEET; RULE 7.1 STATEMENT; ECF FILING INSTRUCTIONS; JUDGES' RULES; RULE 16 CASE MANAGEMENT PLAN and CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (Blank Form)** upon Richard Terzi c/o Pan Oceanic Group, LLC at 15 West 37th Street, 5th Floor, New York, New York 10018 by personally delivering and leaving the same with Anthony Tezsy, who is a person of suitable age and discretion, at that address, the actual place of business of the defendant.

      Anthony Tezsy is a white male, approximately 46 years of age, is approximately 5 feet and 8 inches tall, weighs approximately 165 pounds, with receding short black and gray hair and dark eyes.

      That on the 20th day of August, 2007 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Richard Terzi
c/o Pan Oceanic Group, LLC
15 West 37th Street, 5th Floor
New York, New York 10018**

Sworn to before me this
20th day of August, 2007

*(signature)*
BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010