UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NOMINATION DI ANTONIO E PAOLO
GENSINI S.N.C.,

                Plaintiff(s),            CASE NO. 07-CV-6959 (RMB)

   -against-

H.E.R. ACCESSORIES LTD., **ET AL.**,        **AFFIDAVIT OF SERVICE**
               Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK    )
                             s.s.:
COUNTY OF NEW YORK  )

      BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 15th day of August, 2007, at approximately 1:15 p.m., deponent served a true copy of the **AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT AND JURY DEMAND; SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND; CIVIL COVER SHEET; RULE 7.1 STATEMENT; ECF FILING INSTRUCTIONS; JUDGES' RULES; RULE 16 CASE MANAGEMENT PLAN and CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (Blank Form)** upon Viacom International, Inc. at 1515 Broadway, New York, New York by personally delivering and leaving the same with Holly "Doe", who is authorized by appointment to accept service.

      Holly "Doe" is an olive-skinned Hispanic female, approximately 42 years of age, is approximately 5 feet and 3 inches tall, weighs approximately 145 pounds, with long brown hair and was wearing glasses.

Sworn to before me this
15th day of August, 2007                          BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010