```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NOMINATION DI ANTONIO              Case No. 07 CV 6959 (RMB)(HP)
E PAOLO GENSINI S.N.C.,
                    Plaintiff,     AFFIDAVIT OF SERVICE

        -against-

H.E.R. ACCESSORIES LTD., et al.,
                    Defendants.
------------------------------------------X
STATE OF MASSACHUSETTS )
                       s.s.:
COUNTY OF SUFFOLK      )
```

    **BARBARA L. BEDUGNIS**, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the **16TH** day of August, 2007, at approximately **4:20** x̶x̶x̶x̶/p.m., deponent served a true copy of the an Amended Summons in a Civil Action, First Amended Complaint and Jury Demand with Exhibit A, Summons in a Civil Case, Complaint and Jury Demand with Exhibit A, Civil Cover Sheet, Rule 7.1 Statement, Notice of an Initial Pre-Trial Conference, Individual Practice Rules of Judge Richard M. Berman, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Individual Practice Rules of Magistrate Judge Henry Pitman and Consent to Proceed Before a United States Magistrate Judge [Blank Form] upon Houghton Mifflin Company at 222 Berkley Street, Boston, Massachusetts by personally delivering and leaving the same with **KYNA CARNEY**, who informed deponent that x̶x̶x̶/she holds the position of **RECEPTIONIST**, is authorized to accept service at that address.

    **KYNA CARNEY** is a **BLACK FEMALE** approximately **22+** years of age, stands approximately **5** feet, **4** inches tall, weighs approximately **125** pounds with **BLACK** hair and **BROWN** eyes.

                                          Sworn to before me this **17TH** day of August, 2007.

_____        _____
PROCESS SERVER                               NOTARY PUBLIC
                                                          MY COMMISSION EXPIRES: 8/17/2012