UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NOMINATION DI ANTONIO E PAOLO
GENSINI S.N.C.,

       Plaintiff,

       -against-

H.E.R. ACCESSORIES LTD., PAN OCEANIC
GROUP, LLC, RICHARD TERZI, HYMIE
ANTEBY, SAM ANTEBY, JACK ANTEBY,
CLAIRE'S BOUTIQUES INC., CLAIRE'S
STORES, INC., SOCORRO ECHEVERRIA, *d/b/a*
DEALT-IN MARKETING, AGC INC., THOSE
CHARACTERS FROM CLEVELAND, INC.,
AMERICAN GREETINGS CORPORATION,
ARTLIST INTERNATIONAL, INC.,
ARTLIST INTERNATIONAL USA, INC., DIC
I CORPORATION d/b/a/ DIC ENTERTAINMENT
CORPORATION, HEARST HOLDINGS, INC.,
FLEISCHER STUDIOS, INC., KING FEATURES
SYNDICATE, HOUGHTON MIFFLIN
COMPANY, UNIVERSAL STUDIOS LICENSING
LLLP, NINTENDO OF AMERICA, INC.,
JAMES K. BENTON, SANRIO COMPANY, LTD.,
SANRIO INC., VIACOM INTERNATIONAL,
INC., JOHN DOES 1-50; and, XYZ
CORPORATIONS 1-50,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

: Civil Action No. **07-CV-6959 (RMB)**

: AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                 s.s.
COUNTY OF NEW YORK  )

     Ameeta Persaud, being duly sworn deposes and says that she is over the age the age of eighteen, is an agent of Piliero Goldstein, LLP, and is not a party to this action.

     That on the Tenth Day of August 2007, at approximately 4:00 p.m., deponent served a true copy of the Amended Summons in a Civil Action, First Amended Complaint and Jury Demand with Exhibit A, Summons in a Civil Case, Complaint and Jury Demand with Exhibit A,

Civil Cover Sheet, Rule 7.1 Statement, and a Notice of an Initial Pre-Trial Conference, upon H.E.R. Accessories Ltd., Hymie Anteby, Sam Anteby, Jack Anteby and Claire's Boutiques, Inc. by delivering via Federal Express to Sandra Edelman, Esq. of Dorsey & Whitney, LLP, located at 250 Park Avenue, New York, NY 10177, who executed a stipulation with Robert Piliero, Esq. of Piliero Goldstein, LLP on August 8, and informed Mr. Piliero that she holds the position of Litigation Counsel and is authorized to accept service for H.E.R. Accessories Ltd., Hymie Anteby, Sam Anteby, Jack Anteby and Claire's Boutiques, Inc.

Sworn to before me this 29th day of August, 2007.

_Ameeta Persaud_
PROCESS SERVER

_[signature]_
NOTARY PUBLIC

ELI FREEDBERG
Notary Public, State of New York
No. 02FR6139280
Qualified in New York County
Commission Expires on January 3, 2010