UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NOMINATION DI ANTONIO
E PAOLO GENSINI S.N.C.,

          Plaintiff,

-against-

H.E.R. ACCESSORIES LTD., et al.,
          Defendants.
----------------------------------------X

Case No. 07 CV 6959 (RMB)(HP)

**AFFIDAVIT OF SERVICE**

STATE OF WASHINGTON ) 
                       s.s.:
COUNTY OF KING       )

    BRANDON JACOBSEN, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the 16th day of August, 2007, at approximately 2:12 a.m./p.m., deponent served a true copy of the an Amended Summons in a Civil Action, First Amended Complaint and Jury Demand with Exhibit A, Summons in a Civil Case, Complaint and Jury Demand with Exhibit A, Civil Cover Sheet, Rule 7.1 Statement, Notice of an Initial Pre-Trial Conference, Individual Practice Rules of Judge Richard M. Berman, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Individual Practice Rules of Magistrate Judge Henry Pitman and Consent to Proceed Before a United States Magistrate Judge [Blank Form] upon Nintendo of America at 4820 150th Avenue NE, Redmond, Washington by personally delivering and leaving the same with JANIA ESSELSTROM, who informed deponent that he/she holds the position of EXEC. ASSISTANT, is authorized to accept service at that address.

    JANIA ESSELSTROM is a CAUCASIAN FEMALE approximately 30-40 years of age, stands approximately 5 feet, 6 inches tall, weighs approximately 130 pounds with LT. BROWN hair and _____ eyes.

Sworn to before me this 21ST day of August, 2007.

_____
PROCESS SERVER

_____
NOTARY PUBLIC

(Notary seal: T.B. READING, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 2-09-11)