UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NOMINATION DI ANTONIO
E PAOLO GENSINI S.N.C.,

          Plaintiff,

-against-

H.E.R. ACCESSORIES LTD., et al.,
          Defendants.
------------------------------------X
STATE OF FLORIDA  )
                s.s.:
COUNTY OF DADE    )

Case No. 07 CV 6959 (RMB)(HP)

**AFFIDAVIT OF SERVICE**

_Walter Butler_, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the _16th_ day of August, 2007, at approximately _11:45_ (a.m)/p.m., deponent served a true copy of the an Amended Summons in a Civil Action, First Amended Complaint and Jury Demand with Exhibit A, Summons in a Civil Case, Complaint and Jury Demand with Exhibit A, Civil Cover Sheet, Rule 7.1 Statement, Notice of an Initial Pre-Trial Conference, Individual Practice Rules of Judge Richard M. Berman, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Individual Practice Rules of Magistrate Judge Henry Pitman and Consent to Proceed Before a United States Magistrate Judge [Blank Form] upon Claire's Stores, Inc. at 3 S.W. 129th Avenue, Pembroke Pines, Florida by personally delivering and leaving the same with _Bill Samog_, who informed deponent that he/she holds the position of _Vice President_, is authorized to accept service at that address.

_Bill Samog_ is a _White_ _Male_ approximately _58_ years of age, stands approximately _5_ feet, _8_ inches tall, weighs approximately _220_ pounds with _Balding_ hair and _Brown_ eyes.

                        Sworn to before me this _16th_ day of August, 2007

_____     _____
PROCESS SERVER                     NOTARY PUBLIC