ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NOMINATION DI ANTONIO                      Case No. 07 CV 6959 (RMB)(HP)
E PAOLO GENSINI S.N.C.,
                        Plaintiff,         AFFIDAVIT OF SERVICE

        -against-

H.E.R. ACCESSORIES LTD., et al.,
                        Defendants.
-----------------------------------------X
STATE OF CALIFORNIA      )
                         s.s.:
COUNTY OF LOS ANGELES    )

   THOMAS BURK, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the 15th day of August, 2007, at approximately 2:30 p.m., deponent served a true copy of the an Amended Summons in a Civil Action, First Amended Complaint and Jury Demand with Exhibit A, Summons in a Civil Case, Complaint and Jury Demand with Exhibit A, Civil Cover Sheet, Rule 7.1 Statement, Notice of an Initial Pre-Trial Conference, Individual Practice Rules of Judge Richard M. Berman, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Individual Practice Rules of Magistrate Judge Henry Pitman and Consent to Proceed Before a United States Magistrate Judge [Blank Form] upon Sanrio Inc. by serving their Registered Agent CT Corporation System at 818 West 7th Street, Los Angeles, California by personally delivering and leaving the same with Wendy Mayorga, who informed deponent that she is authorized to accept service at that address.

   Wendy Mayorga is a Hispanic female approximately 30 years of age, stands approximately 5 feet, 5 inches tall, weighs approximately 160 pounds with _brown_ hair and brown eyes.

                                    Sworn to before me this
                                    27th day of August, 2007.

_____           _____
THOMAS BURK                         NOTARY PUBLIC

                                    JACK W. BIGGERSTAFF
                                    COMM. #1527242
                                    NOTARY PUBLIC • CALIFORNIA
                                    LOS ANGELES COUNTY
                                    Comm. Exp. NOV. 16, 2008