

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NOMINATION DI ANTONIO                    Case No. 07 CV 6959 (RMB)(HP)
E PAOLO GENSINI S.N.C.,
                    Plaintiff,           AFFIDAVIT OF SERVICE

        -against-

H.E.R. ACCESSORIES LTD., et al.,
                    Defendants.
----------------------------------------X
STATE OF CALIFORNIA     )
                        s.s.:
COUNTY OF LOS ANGELES   )

    THOMAS BURK, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the 16th day of August, 2007, at approximately 2:35 p.m., deponent served a true copy of the an Amended Summons in a Civil Action, First Amended Complaint and Jury Demand with Exhibit A, Summons in a Civil Case, Complaint and Jury Demand with Exhibit A, Civil Cover Sheet, Rule 7.1 Statement, Notice of an Initial Pre-Trial Conference, Individual Practice Rules of Judge Richard M. Berman, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Individual Practice Rules of Magistrate Judge Henry Pitman and Consent to Proceed Before a United States Magistrate Judge [Blank Form] upon Universal Studios Licensing LLLP by serving their Registered Agent, CT Corporation System at 818 West 7th Street, Los Angeles, California by personally delivering and leaving the same with Nancy Flores, who informed deponent that she is authorized to accept service at that address.

    Nancy Flores is a Hispanic female approximately 30 years of age, stands approximately 5 feet, 2 inches tall, weighs approximately 150 pounds with brown hair and brown eyes.

Sworn to before me this
27th day of August, 2007.

_____
THOMAS BURK

_____
NOTARY PUBLIC

JACK W. BIGGERSTAFF
COMM. #1527242
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. NOV. 16, 2008