DORSEY & WHITNEY LLP
Bruce R. Ewing (BE-0724)
Gianfranco Mitrione (GM-8618)
250 Park Avenue
New York, New York 10177
(212) 415-9200

Attorneys for Defendants
Claire's Boutique's Inc. and
Claire's Stores, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NOMINATION DI ANTONIO E PAOLO
GENSINI S.N.C.,

                Plaintiff,

-v-                              **07-CV-6959 (RMB)**

H.E.R. ACCESSORIES LTD., PAN OCEANIC
GROUP, LLC, RICHARD TERZI, HYMIE
ANTEBY, SAM ANTEBY, JACK ANTEBY,    **RULE 7.1 STATEMENT FOR**
CLAIRE'S BOUTIQUE'S INC., CLAIRE'S        **DEFENDANTS**
STORES, INC., SOCORRO ECHEVERRIA,     **CLAIRE'S BOUTIQUE'S INC. AND**
d/b/a DEAL-IN MARKETING, AGC INC.,       **CLAIRE'S STORES, INC.**
THOSE CHARACTERS FROM CLEVELAND,
INC., AMERICAN GREETINGS
CORPORATION, ARTLIST INTERNATIONAL,
INC., ARTLIST INTERNATIONAL USA, INC.,
DIC I CORPORATION d/b/a DIC
ENTERTAINMENT CORPORATION, HEARST
HOLDINGS, INC., FLEISCHER STUDIOS,
INC., KING FEATURES SYNDICATE,
HOUGHTON MIFFLIN COMPANY,
UNIVERSAL STUDIOS LICENSING LLLP,
NINTENDO OF AMERICA, INC., JAMES K.
BENTON, SANRIO COMPANY, LTD., SANRIO
INC., VIACOM INTERNATIONAL, INC., JOHN
DOES 1-50 AND XYZ COMPANIES 1-50,

                Defendants.

-------------------------------------------------------------X

Defendants, Claire's Boutique's Inc. ("Claire's Boutique's") and Claire's Stores, Inc. ("Claire's Stores"), (collectively, "Defendants"), by their attorneys, Dorsey & Whitney LLP, make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1:

Claire's Stores is the parent corporation of Claire's Boutique's.  Neither Claire's Boutique's nor Claire's Stores has any parent corporation that is publicly held and owns 10% or more of its stock.

Respectfully submitted,

Dated: September 7, 2007  **DORSEY & WHITNEY LLP**
New York, New York

By:   /s/ BRUCE R. EWING
Bruce R. Ewing (BE-0724)
Gianfranco G. Mitrione (GM-8618)
250 Park Avenue
New York, NY 10177
(212) 415-9200

Attorneys for Defendants
Claire's Boutique's Inc. and
Claire's Stores, Inc.