DORSEY & WHITNEY LLP
Bruce R. Ewing (BE-0724)
Gianfranco Mitrione (GM-8618)
250 Park Avenue
New York, New York 10177
(212) 415-9200

Attorneys for Defendant
Sanrio Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NOMINATION DI ANTONIO E PAOLO
GENSINI S.N.C.,

                Plaintiff,

-v-                              07-CV-6959 (RMB)

H.E.R. ACCESSORIES LTD., PAN OCEANIC
GROUP, LLC, RICHARD TERZI, HYMIE       **RULE 7.1 STATEMENT FOR**
ANTEBY, SAM ANTEBY, JACK ANTEBY,     **DEFENDANT SANRIO INC.**
CLAIRE'S BOUTIQUE'S INC., CLAIRE'S
STORES, INC., SOCORRO ECHEVERRIA,
d/b/a DEAL-IN MARKETING, AGC INC.,
THOSE CHARACTERS FROM CLEVELAND,
INC., AMERICAN GREETINGS
CORPORATION, ARTLIST INTERNATIONAL,
INC., ARTLIST INTERNATIONAL USA, INC.,
DIC I CORPORATION d/b/a DIC
ENTERTAINMENT CORPORATION, HEARST
HOLDINGS, INC., FLEISCHER STUDIOS,
INC., KING FEATURES SYNDICATE,
HOUGHTON MIFFLIN COMPANY,
UNIVERSAL STUDIOS LICENSING LLLP,
NINTENDO OF AMERICA, INC., JAMES K.
BENTON, SANRIO COMPANY, LTD., SANRIO
INC., VIACOM INTERNATIONAL, INC., JOHN
DOES 1-50 AND XYZ COMPANIES 1-50,

                Defendants.
------------------------------------------------------------X

Defendant, Sanrio Inc. ("Sanrio"), by its attorneys, Dorsey & Whitney LLP, makes the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1:

Sanrio's parent corporation is Sanrio Co., Ltd. of Tokyo, Japan. Sanrio, Co., Ltd., whose stock is publicly traded in Japan, owns 100% of Sanrio.

Respectfully submitted,

Dated: September 7, 2007  **DORSEY & WHITNEY LLP**
New York, New York

By: /s/ BRUCE R. EWING
Bruce R. Ewing (BE-0724)
Gianfranco G. Mitrione (GM-8618)
250 Park Avenue
New York, NY 10177
(212) 415-9200

Attorneys for Defendant
Sanrio Inc.