DORSEY & WHITNEY LLP
Bruce R. Ewing (BE-0724)
Gianfranco Mitrione (GM-8618)
250 Park Avenue
New York, New York 10177
(212) 415-9200

Attorneys for Defendant
Nintendo of America, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NOMINATION DI ANTONIO E PAOLO GENSINI S.N.C.,

                Plaintiff,

-v-                                **07-CV-6959 (RMB)**

H.E.R. ACCESSORIES LTD., PAN OCEANIC GROUP, LLC, RICHARD TERZI, HYMIE ANTEBY, SAM ANTEBY, JACK ANTEBY, CLAIRE'S BOUTIQUE'S INC., CLAIRE'S STORES, INC., SOCORRO ECHEVERRIA, d/b/a DEAL-IN MARKETING, AGC INC., THOSE CHARACTERS FROM CLEVELAND, INC., AMERICAN GREETINGS CORPORATION, ARTLIST INTERNATIONAL, INC., ARTLIST INTERNATIONAL USA, INC., DIC I CORPORATION d/b/a DIC ENTERTAINMENT CORPORATION, HEARST HOLDINGS, INC., FLEISCHER STUDIOS, INC., KING FEATURES SYNDICATE, HOUGHTON MIFFLIN COMPANY, UNIVERSAL STUDIOS LICENSING LLLP, NINTENDO OF AMERICA, INC., JAMES K. BENTON, SANRIO COMPANY, LTD., SANRIO INC., VIACOM INTERNATIONAL, INC., JOHN DOES 1-50 AND XYZ COMPANIES 1-50,

                **RULE 7.1 STATEMENT FOR DEFENDANT**
                **NINTENDO OF AMERICA, INC.**

                Defendants.
------------------------------------------------------------X

Defendant, Nintendo of America, Inc. ("Nintendo"), by its attorneys, Dorsey & Whitney LLP, makes the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1:

Nintendo's parent corporation is Nintendo Co., Ltd. Nintendo Co., Ltd., whose stock is publicly traded in Japan, owns 100% of Nintendo.

                                          Respectfully submitted,

Dated: September 7, 2007            **DORSEY & WHITNEY LLP**
      New York, New York

                                      By:  /s/ BRUCE R. EWING
                                          Bruce R. Ewing (BE-0724)
                                          Gianfranco G. Mitrione (GM-8618)
                                          250 Park Avenue
                                          New York, NY 10177
                                          (212) 415-9200

                                          Attorneys for Defendant
                                          Nintendo of America, Inc