UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| NOMINATION DI ANTONIO E PAOLO GENSINI S.N.C., | : | Index No. 07-CV-6959 (RMB) |
| | : | |
| Plaintiff, | : | ECF Case |
| -against- | : | |
| H.E.R. ACCESSORIES LTD., PAN OCEANIC GROUP, LLC, RICHARD TERZI, HYMIE ANTEBY, SAM ANTEBY, JACK ANTEBY, CLAIRE'S BOUTIQUE'S INC., CLAIRE'S STORES, INC., SOCORRO ECHEVERRIA, d/b/a DEALT-IN-MARKETING, AGC INC., THOSE CHARACTERS FROM CLEVELAND, INC., AMERICAN GREETINGS CORPORATION, ARTLIST INTERNATIONAL, INC., ARTLIST INTERNATIONAL USA, INC., DIC I CORPORATION d/b/a DIC ENTERTAINMENT CORPORATION, HEARST HOLDINGS, INC., FLEISCHER STUDIOS, INC., KING FEATURES SYNDICATE, HOUGHTON MIFFLIN COMPANY, UNIVERSAL STUDIOS LICENSING LLLP, NINTENDO OF AMERICA, INC., JAMES K. BENTON, SANRIO COMPANY, LTD., SANRIO INC., VIACOM INTERNATIONAL, INC., JOHN DOES 1-50 and XYZ COMPANIES 1-50, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for defendants DIC I Corporation, Hearst Holdings, Inc., Houghton Mifflin Company, Fleischer Studios, Inc., King Features Syndicate, Universal Studios Licensing LLLP and Viacom International Inc. I certify that I am admitted to practice in this court.

Dated: September 7, 2007
New York, New York

        Respectfully submitted,

        LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

        By: _____
        Robert Penchina (RP 5866)
        321 West 44th Street, Suite 510
        New York, NY 10036
        (212) 850-6100
        *Attorneys for Defendants DIC I Corporation, Hearst Holdings, Inc., Houghton Mifflin Company, Fleischer Studios, Inc., King Features Syndicate, Universal Studios Licensing LLLP and Viacom International Inc.*

2