DORSEY & WHITNEY LLP
Bruce R. Ewing (BE-0724)
Gianfranco Mitrione (GM-8618)
250 Park Avenue
New York, New York 10177
(212) 415-9200

Attorneys for Defendants
AGC Inc., Those Characters From Cleveland, Inc.
and American Greetings Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NOMINATION DI ANTONIO E PAOLO
GENSINI S.N.C.,

                         Plaintiff,

-v-                                        07-CV-6959 (RMB)

H.E.R. ACCESSORIES LTD., PAN OCEANIC
GROUP, LLC, RICHARD TERZI, HYMIE        **RULE 7.1 STATEMENT FOR**
ANTEBY, SAM ANTEBY, JACK ANTEBY,      **DEFENDANTS**
CLAIRE'S BOUTIQUE'S INC., CLAIRE'S        **AGC INC., THOSE CHARACTERS**
STORES, INC., SOCORRO ECHEVERRIA,      **FROM CLEVELAND, INC. AND**
d/b/a DEAL-IN MARKETING, AGC INC.,       **AMERICAN GREETINGS**
THOSE CHARACTERS FROM CLEVELAND,  **CORPORATION**
INC., AMERICAN GREETINGS
CORPORATION, ARTLIST INTERNATIONAL,
INC., ARTLIST INTERNATIONAL USA, INC.,
DIC I CORPORATION d/b/a DIC
ENTERTAINMENT CORPORATION, HEARST
HOLDINGS, INC., FLEISCHER STUDIOS,
INC., KING FEATURES SYNDICATE,
HOUGHTON MIFFLIN COMPANY,
UNIVERSAL STUDIOS LICENSING LLLP,
NINTENDO OF AMERICA, INC., JAMES K.
BENTON, SANRIO COMPANY, LTD., SANRIO
INC., VIACOM INTERNATIONAL, INC., JOHN
DOES 1-50 AND XYZ COMPANIES 1-50,

                         Defendants.

-------------------------------------------------------------X

Defendants, AGC Inc. ("AGC"), Those Characters From Cleveland, Inc. ("TCFC") and American Greetings Corporation ("American Greetings") (collectively, "Defendants"), by their attorneys, Dorsey & Whitney LLP, make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1:

American Greetings is a publicly held corporation. Both AGC and TCFC are subsidiaries of American Greetings, directly in the case of TCFC, and second-tier in the case of AGC.

Respectfully submitted,

Dated: September 7, 2007         **DORSEY & WHITNEY LLP**
New York, New York

By:      /s/ BRUCE R. EWING
   Bruce R. Ewing (BE-0724)
   Gianfranco G. Mitrione (GM-8618)
   250 Park Avenue
   New York, NY 10177
   (212) 415-9200

   Attorneys for Defendants
   AGC Inc., Those Characters From
   Cleveland, Inc. and American Greetings
   Corporation

2