UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOMINATION DI ANTONIO E PAOLO GENSINI S.N.C.,

       Plaintiff,

-against-

H.E.R. ACCESSORIES LTD., PAN OCEANIC GROUP, LLC, RICHARD TERZI, HYMIE ANTEBY, SAM ANTEBY, JACK ANTEBY, CLAIRE'S BOUTIQUE'S INC., CLAIRE'S STORES, INC., SOCORRO ECHEVERRIA, d/b/a DEALT-IN-MARKETING, AGC INC., THOSE CHARACTERS FROM CLEVELAND, INC., AMERICAN GREETINGS CORPORATION, ARTLIST INTERNATIONAL, INC., ARTLIST INTERNATIONAL USA, INC., DIC I CORPORATION d/b/a DIC ENTERTAINMENT CORPORATION, HEARST HOLDINGS, INC., FLEISCHER STUDIOS, INC., KING FEATURES SYNDICATE, HOUGHTON MIFFLIN COMPANY, UNIVERSAL STUDIOS LICENSING LLLP, NINTENDO OF AMERICA, INC., JAMES K. BENTON, SANRIO COMPANY, LTD., SANRIO INC., VIACOM INTERNATIONAL, INC., JOHN DOES 1-50 and XYZ COMPANIES 1-50,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 07-CV-6959 (RMB)

ECF Case

## DEFENDANT DIC I CORPORATION RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for all defendants identifies the following parent corporations and any publicly held company that owns 10% or more of any defendant's stock:

DIC I Corporation d/b/a DIC Entertainment Corporation is a wholly-owned subsidiary of DIC Entertainment Holdings, Inc., a Delaware corporation that is publicly traded on the London Stock Exchange.

Dated: New York, New York
       September 7, 2007

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P

By: _____
Robert Penchina (RP 5866)
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
*Attorneys for Defendants DIC I Corporation*