UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOMINATION DI ANTONIO E PAOLO GENSINI S.N.C., : Index No. 07-CV-6959 (RMB)

                Plaintiff, : ECF Case

       -against-

H.E.R. ACCESSORIES LTD., PAN OCEANIC GROUP, LLC, RICHARD TERZI, HYMIE ANTEBY, SAM ANTEBY, JACK ANTEBY, CLAIRE'S BOUTIQUE'S INC., CLAIRE'S STORES, INC., SOCORRO ECHEVERRIA, d/b/a DEALT-IN-MARKETING, AGC INC., THOSE CHARACTERS FROM CLEVELAND, INC., AMERICAN GREETINGS CORPORATION, ARTLIST INTERNATIONAL, INC., ARTLIST INTERNATIONAL USA, INC., DIC I CORPORATION d/b/a DIC ENTERTAINMENT CORPORATION, HEARST HOLDINGS, INC., FLEISCHER STUDIOS, INC., KING FEATURES SYNDICATE, HOUGHTON MIFFLIN COMPANY, UNIVERSAL STUDIOS LICENSING LLLP, NINTENDO OF AMERICA, INC., JAMES K. BENTON, SANRIO COMPANY, LTD., SANRIO INC., VIACOM INTERNATIONAL, INC., JOHN DOES 1-50 and XYZ COMPANIES 1-50,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **DEFENDANT FLEISCHER STUDIOS, INC. RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Fleischer Studios, Inc. identifies the following parent corporations and any publicly held company that owns 10% or more of Fleischer Studios, Inc. stock:

Fleischer Studios, Inc. has no parent corporations, and no publicly held company owns 10% or more of Fleischer Studios, Inc. stock.

Dated: New York, New York　　　　Respectfully submitted,
　　　　September 7, 2007

　　　　　　　　　　　　　　　　　LEVINE SULLIVAN KOCH & SCHULZ, L.L.P

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Robert Penchina (RP 5866)
　　　　　　　　　　　　　　　　　321 West 44th Street, Suite 510
　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　(212) 850-6100
　　　　　　　　　　　　　　　　　*Attorneys for Defendants Fleischer Studios, Inc.*