UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NOMINATION DI ANTONIO E PAOLO GENSINI S.N.C., : Index No. 07-CV-6959 (RMB)
:
Plaintiff, : ECF Case
:
-against- :
H.E.R. ACCESSORIES LTD., PAN OCEANIC :
GROUP, LLC, RICHARD TERZI, HYMIE
ANTEBY, SAM ANTEBY, JACK ANTEBY, :
CLAIRE'S BOUTIQUE'S INC., CLAIRE'S
STORES, INC., SOCORRO ECHEVERRIA, d/b/a :
DEALT-IN-MARKETING, AGC INC., THOSE
CHARACTERS FROM CLEVELAND, INC., :
AMERICAN GREETINGS CORPORATION,
ARTLIST INTERNATIONAL, INC., ARTLIST :
INTERNATIONAL USA, INC., DIC I
CORPORATION d/b/a DIC ENTERTAINMENT :
CORPORATION, HEARST HOLDINGS, INC.,
FLEISCHER STUDIOS, INC., KING FEATURES :
SYNDICATE, HOUGHTON MIFFLIN COMPANY,
UNIVERSAL STUDIOS LICENSING LLLP, :
NINTENDO OF AMERICA, INC., JAMES K.
BENTON, SANRIO COMPANY, LTD., SANRIO :
INC., VIACOM INTERNATIONAL, INC., JOHN
DOES 1-50 and XYZ COMPANIES 1-50, :
:
Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANT HEARST HOLDINGS, INC. RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Hearst Holdings, Inc. identifies the following parent corporations and any publicly held company that owns 10% or more of Hearst Holdings, Inc. stock:

Hearst Holdings, Inc. is a wholly-owned subsidiary of The Hearst Corporation, which is privately held. No publicly held corporation owns 10% or more of the stock of the Hearst Holdings, Inc.

Dated: New York, New York  
       September 7, 2007

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P

By: _____  
Robert Penchina (RP 5866)  
321 West 44th Street, Suite 510  
New York, NY 10036  
(212) 850-6100  
*Attorneys for Defendant Hearst Holdings, Inc.*