UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

NOMINATION DI ANTONIO E PAOLO GENSINI    :    Index No. 07-CV-6959 (RMB)
S.N.C.,
                                          :

      Plaintiff,    :    ECF  Case

     -against-    :

H.E.R. ACCESSORIES LTD., PAN OCEANIC    :
GROUP, LLC, RICHARD TERZI, HYMIE
ANTEBY, SAM ANTEBY, JACK ANTEBY,    :
CLAIRE'S BOUTIQUE'S INC., CLAIRE'S    :
STORES, INC., SOCORRO ECHEVERRIA, d/b/a    :
DEALT-IN-MARKETING, AGC INC., THOSE
CHARACTERS FROM CLEVELAND, INC.,    :
AMERICAN GREETINGS CORPORATION,    :
ARTLIST INTERNATIONAL, INC., ARTLIST
INTERNATIONAL USA, INC., DIC I    :
CORPORATION d/b/a DIC ENTERTAINMENT    :
CORPORATION, HEARST HOLDINGS, INC.,
FLEISCHER STUDIOS, INC., KING FEATURES    :
SYNDICATE, HOUGHTON MIFFLIN COMPANY,    :
UNIVERSAL STUDIOS LICENSING LLLP,
NINTENDO OF AMERICA, INC., JAMES K.    :
BENTON, SANRIO COMPANY, LTD., SANRIO    :
INC., VIACOM INTERNATIONAL, INC., JOHN
DOES 1-50 and XYZ COMPANIES 1-50,    :
                                          :
      Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

## DEFENDANT HOUGHTON MIFFLIN COMPANY RULE 7.1 STATEMENT

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Houghton Mifflin Company identifies the following parent corporations and

any publicly held company that owns 10% or more of Houghton Mifflin Company stock:

   Houghton Mifflin Company is a wholly-owned subsidiary of HM Publishing

Corporation, which is itself a wholly-owned subsidiary of Education Media and

Publishing Group Limited.  No publicly held corporation owns 10% or more of any of

these entities' stock.

Dated: New York, New York
      September 7, 2007

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P

By: _____

Robert Penchina (RP 5866)
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
*Attorneys for Defendant Houghton Mifflin
Company*