UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| NOMINATION DI ANTONIO E PAOLO GENSINI S.N.C., | : | Index No. 07-CV-6959 (RMB) |
| | : | |
| Plaintiff, | : | ECF Case |
| -against- | : | |
| H.E.R. ACCESSORIES LTD., PAN OCEANIC GROUP, LLC, RICHARD TERZI, HYMIE ANTEBY, SAM ANTEBY, JACK ANTEBY, CLAIRE'S BOUTIQUE'S INC., CLAIRE'S STORES, INC., SOCORRO ECHEVERRIA, d/b/a DEALT-IN-MARKETING, AGC INC., THOSE CHARACTERS FROM CLEVELAND, INC., AMERICAN GREETINGS CORPORATION, ARTLIST INTERNATIONAL, INC., ARTLIST INTERNATIONAL USA, INC., DIC I CORPORATION d/b/a DIC ENTERTAINMENT CORPORATION, HEARST HOLDINGS, INC., FLEISCHER STUDIOS, INC., KING FEATURES SYNDICATE, HOUGHTON MIFFLIN COMPANY, UNIVERSAL STUDIOS LICENSING LLLP, NINTENDO OF AMERICA, INC., JAMES K. BENTON, SANRIO COMPANY, LTD., SANRIO INC., VIACOM INTERNATIONAL, INC., JOHN DOES 1-50 and XYZ COMPANIES 1-50, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANT VIACOM INTERNATIONAL INC.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Viacom International Inc. identifies the following parent corporations and any publicly held company that owns 10% or more of Viacom International, Inc. stock:

Viacom International, Inc. is a wholly-owned subsidiary of Viacom, Inc., a publicly held corporation.

Dated: New York, New York  
       September 7, 2007

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P

By: _____  
Robert Penchina (RP 5866)  
321 West 44th Street, Suite 510  
New York, NY 10036  
(212) 850-6100  
*Attorneys for Defendant Viacom International Inc.*