Robert D. Piliero (RP 6898)
Richard B. Brosnick (RB 0005)
Eli Z. Freedberg (EF 6854)
**PILIERO GOLDSTEIN, LLP**
10 East 53rd Street
New York, New York 10022
Telephone:    (212) 478-8500
Facsimile:    (212) 478-8584

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NOMINATION DI ANTONIO E PAOLO
GENSINI S.N.C.,

    Plaintiff,

    -against-

H.E.R. ACCESSORIES LTD., PAN OCEANIC
GROUP, LLC, RICHARD TERZI, HYMIE
ANTEBY, SAM ANTEBY, JACK ANTEBY,
CLAIRE'S BOUTIQUES INC., CLAIRE'S
STORES, INC., SOCORRO ECHEVERRIA, *d/b/a*
DEALT-IN MARKETING, AGC INC., THOSE
CHARACTERS FROM CLEVELAND, INC.,
AMERICAN GREETINGS CORPORATION,
ARTLIST INTERNATIONAL, INC.,
ARTLIST INTERNATIONAL USA, INC., DIC
I CORPORATION d/b/a/ DIC ENTERTAINMENT
CORPORATION, HEARST HOLDINGS, INC.,
FLEISCHER STUDIOS, INC., KING FEATURES
SYNDICATE, HOUGHTON MIFFLIN
COMPANY, UNIVERSAL STUDIOS LICENSING
LLLP, NINTENDO OF AMERICA, INC.,
JAMES K. BENTON, SANRIO COMPANY, LTD.,
SANRIO INC., VIACOM INTERNATIONAL,
INC., JOHN DOES 1-50; and, XYZ
CORPORATIONS 1-50,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Civil Action No. **07-CV-6959 (RMB)**

<u>**NOTICE OF APPEARANCE**</u>

Notice of Appearance - Richard Brosnick
{00038789}1.1 .

**PLEASE TAKE NOTICE** that Richard B. Brosnick, Esq. of Piliero Goldstein, LLP, 10 East 53rd Street, New York, New York 10022, hereby enters appearance, as counsel for Plaintiff, Nomination Di Antonio E Paolo Gensini, S.N.C. in the above-entitled matter.

Dated: New York, New York
September 11, 2007

**PILIERO GOLDSTEIN, LLP**

By: _____
Richard B. Brosnick (RB 0005)
10 East 53rd Street
New York, New York 10022
Telephone:  212-478-8500
Facsimile:  212-478-8538
Email: rbrosnick@pgkm.com

*Attorneys for Plaintiff*
*Nomination Di Antonio E Paolo Gensini, S.N.C.*

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff, Nomination Di Antonio E Paolo Gensini, S.N.C. served upon the parties listed below a true and correct copy of the foregoing Notice of Appearance of Richard B. Brosnick, by regular mail on September 11, 2007.

*Ameeta Persaud*
Ameeta Persaud

| | |
|---|---|
| H.E.R. Accessories Ltd.<br>c/o Bruce R. Ewing, Esq.<br>Dorsey & Whitney, LLP<br>250 Park Avenue<br>New York, NY 10177-1500 | Artlist International USA, Inc.<br>c/o Bruce R. Ewing, Esq.<br>Dorsey & Whitney, LLP<br>250 Park Avenue<br>New York, NY 10177-1500 |
| Pan Oceanic Group, LLC<br>c/o Bruce R. Ewing, Esq.<br>Dorsey & Whitney, LLP<br>250 Park Avenue<br>New York, NY 10177-1500 | Hearst Holdings, Inc.<br>c/o Robert Penchina,<br>Levine Sullivan Koch & Schulz, LLP<br>321 West 44th Street, Suite 510<br>New York, NY 10036 |
| Richard Terzi<br>c/o Bruce R. Ewing, Esq.<br>Dorsey & Whitney, LLP<br>250 Park Avenue<br>New York, NY 10177-1500 | Fleischer Studios, Inc.<br>c/o Robert Penchina,<br>Levine Sullivan Koch & Schulz, LLP<br>321 West 44th Street, Suite 510<br>New York, NY 10036 |
| Hymie Anteby<br>c/o Bruce R. Ewing, Esq.<br>Dorsey & Whitney, LLP<br>250 Park Avenue<br>New York, NY 10177-1500 | King Features Syndicate<br>c/o Robert Penchina,<br>Levine Sullivan Koch & Schulz, LLP<br>321 West 44th Street, Suite 510<br>New York, NY 10036 |
| Sam Anteby<br>c/o Bruce R. Ewing, Esq.<br>Dorsey & Whitney, LLP<br>250 Park Avenue<br>New York, NY 10177-1500 | Houghton Mifflin Company<br>c/o Robert Penchina,<br>Levine Sullivan Koch & Schulz, LLP<br>321 West 44th Street, Suite 510<br>New York, NY 10036 |
| Jack Anteby<br>c/o Bruce R. Ewing, Esq.<br>Dorsey & Whitney, LLP<br>250 Park Avenue<br>New York, NY 10177-1500 | Universal Studios Licensing LLLP<br>c/o Robert Penchina,<br>Levine Sullivan Koch & Schulz, LLP<br>321 West 44th Street, Suite 510<br>New York, NY 10036 |

| | |
|---|---|
| Claire's Stores, Inc.<br>c/o Bruce R. Ewing, Esq.<br>Dorsey & Whitney, LLP<br>250 Park Avenue<br>New York, NY 10177-1500 | Nintendo of America<br>c/o Bruce R. Ewing, Esq.<br>Dorsey & Whitney, LLP<br>250 Park Avenue<br>New York, NY 10177-1500 |
| Soccoro Echeverria *d/b/a* Dealt-In Marketing<br>295 Glazier Street<br>Culpeper, Virginia 22701-2026<br>Culpeper County | James K. Benton<br>c/o Bruce R. Ewing, Esq.<br>Dorsey & Whitney, LLP<br>250 Park Avenue<br>New York, NY 10177-1500 |
| AGC Inc.<br>c/o Bruce R. Ewing, Esq.<br>Dorsey & Whitney, LLP<br>250 Park Avenue<br>New York, NY 10177-1500 | Sanrio Company Ltd.<br>6-1, Osaki 1-Chome, Shinagawa-Ku, Tokyo, 141-8603, Japan. |
| Those Characters From Cleveland, Inc.<br>c/o Bruce R. Ewing, Esq.<br>Dorsey & Whitney, LLP<br>250 Park Avenue<br>New York, NY 10177-1500 | Sanrio Inc.<br>c/o Bruce R. Ewing, Esq.<br>Dorsey & Whitney, LLP<br>250 Park Avenue<br>New York, NY 10177-1500 |
| American Greetings Corporation<br>c/o Bruce R. Ewing, Esq.<br>Dorsey & Whitney, LLP<br>250 Park Avenue<br>New York, NY 10177-1500 | Viacom International, Inc.<br>c/o Robert Penchina,<br>Levine Sullivan Koch & Schulz, LLP<br>321 West 44th Street, Suite 510<br>New York, NY 10036 |
| Artlist International, Inc.<br>5-25-7 Komazawa, Komazawa Parkside<br>Terrace South 3F Setagaya ward<br>Tokyo 154-0012 Japan | DIC I Corporation *d/b/a*<br>DIC Entertainment Company<br>c/o Robert Penchina,<br>Levine Sullivan Koch & Schulz, LLP<br>321 West 44th Street, Suite 510<br>New York, NY 10036 |
| Claire's Boutique, Inc.<br>c/o Bruce R. Ewing, Esq.<br>Dorsey & Whitney, LLP<br>250 Park Avenue<br>New York, NY 10177-1500 | |