UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NOMINATION DI ANTONIO                  Case No. 07 CV 6959 (RMB)(HP)
E PAOLO GENSINI S.N.C.,
                    Plaintiff,         AFFIDAVIT OF SERVICE

        -against-

H.E.R. ACCESSORIES LTD., et al.,
                    Defendants.
------------------------------------X
STATE OF CALIFORNIA    )
                       ) s.s.:
COUNTY OF LOS ANGELES  )

   JAMES FIGUEROA, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the 15th day of August, 2007, at approximately 4:47 p.m., deponent served a true copy of the an Amended Summons in a Civil Action, First Amended Complaint and Jury Demand with Exhibit A, Summons in a Civil Case, Complaint and Jury Demand with Exhibit A, Civil Cover Sheet, Rule 7.1 Statement, Notice of an Initial Pre-Trial Conference, Individual Practice Rules of Judge Richard M. Berman, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Individual Practice Rules of Magistrate Judge Henry Pitman and Consent to Proceed Before a United States Magistrate Judge [Blank Form] upon DIC I Corporation d/b/a DIC Entertainment Company at 4100 West Alameda Avenue, Burbank, California by personally delivering and leaving the same with Josh Meyer, Vice President, who informed deponent that he is authorized to accept service at that address.

   Josh Meyer is a white male approximately 37 years of age, stands approximately 6 feet tall, weighs approximately 177 pounds with brown hair.

                              Sworn to before me this
                              ____ day of September, 2007.


_____        _____
JAMES FIGUEROA                 NOTARY PUBLIC

JACK W. BIGGERSTAFF
COMM. #1527242
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. NOV. 16, 2008