UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NOMINATION DI ANTONIO            Case No. 07 CV 6959 (RMB)(HP)
E PAOLO GENSINI S.N.C.,
                    Plaintiff,    AFFIDAVIT OF SERVICE

        -against-

H.E.R. ACCESSORIES LTD., et al.,
                    Defendants.
-----------------------------------------X
STATE OF CALIFORNIA    )
                       s.s.:
COUNTY OF LOS ANGELES  )

   HOUSNE YASSINE, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the 16th day of August, 2007, at approximately 3:00 p.m., deponent served a true copy of the an Amended Summons in a Civil Action, First Amended Complaint and Jury Demand with Exhibit A, Summons in a Civil Case, Complaint and Jury Demand with Exhibit A, Civil Cover Sheet, Rule 7.1 Statement, Notice of an Initial Pre-Trial Conference, Individual Practice Rules of Judge Richard M. Berman, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Individual Practice Rules of Magistrate Judge Henry Pitman and Consent to Proceed Before a United States Magistrate Judge [Blank Form] upon Fleischer Studios, Inc. at 10160 Cielo Drive, Beverly Hills, California by serving their Registered Agent, by personally delivering and leaving the same with Chrystina Engelharst, who informed deponent that she is authorized to accept service at that address.

   Chrystina Engelharst is a white female approximately 46 years of age, stands approximately 5 feet, 6 inches tall, weighs approximately 110 pounds with _____ hair.

                              Sworn to before me this
                              ____ day of September, 2007.

_____      _____
HOUSNE YASSINE                NOTARY PUBLIC

JACK W. BIGGERSTAFF
COMM. #1527242
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. NOV. 16, 2008