UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

NOMINATION DI ANTONIO E PAOLO
GENSINI S.N.C.,

                Plaintiff,

-v-

H.E.R. ACCESSORIES LTD., PAN OCEANIC
GROUP, LLC, RICHARD TERZI, HYMIE
ANTEBY, SAM ANTEBY, JACK ANTEBY,
CLAIRE'S BOUTIQUE'S INC., CLAIRE'S
STORES, INC., SOCORRO ECHEVERRIA,
d/b/a DEAL-IN MARKETING, AGC INC.,
THOSE CHARACTERS FROM CLEVELAND,
INC., AMERICAN GREETINGS
CORPORATION, ARTLIST INTERNATIONAL,
INC., ARTLIST INTERNATIONAL USA, INC.,
DIC I CORPORATION d/b/a DIC
ENTERTAINMENT CORPORATION, HEARST
HOLDINGS, INC., FLEISCHER STUDIOS,
INC., KING FEATURES SYNDICATE,
HOUGHTON MIFFLIN COMPANY,
UNIVERSAL STUDIOS LICENSING LLLP,
NINTENDO OF AMERICA, INC., JAMES K.
BENTON, SANRIO COMPANY, LTD.,
SANRIO INC., VIACOM INTERNATIONAL,
INC., JOHN DOES 1-50 AND XYZ
COMPANIES 1-50,

                Defendants.

-----------------------------------------------------------X

07-CV-6959 (DAB)

**STIPULATION AND ORDER**

The parties hereto, by and between the undersigned counsel, hereby stipulate as follows:

Subject to the representations of counsel for defendant Sanrio, Inc. that: defendant Sanrio Company, Ltd. had no involvement in the licensing activity described at paragraphs 45-47 of plaintiff's August 10, 2007 First Amended Complaint; Sanrio, Inc. is responsible for all such licensing activity; and all documents and information concerning such licensing activity are within the possession, custody and control of defendant Sanrio, Inc., the parties agree that all claims asserted in plaintiff's First Amended Complaint against defendant Sanrio Company, Ltd.

{00039146.DOC}

are hereby dismissed without prejudice as to Sanrio Company, Ltd., and without prejudice as to any of plaintiff's claims against any other defendants.

Dated: October 13, 2007

| LEVINE SULLIVAN KOCH & SCHULZ, LLP | DORSEY & WHITNEY LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Robert Penchina (RP 5866) | Bruce R. Ewing (BE 0724) |
| 321 West 44th Street, Suite 510 | 250 Park Avenue |
| New York, NY 10036 | New York, NY 10177 |
| (212) 850-6100 | (212) 415-9206 |
| *Attorneys for Defendants DIC I Corporation, Hearst Holdings, Inc., Fleischer Studios, Inc., King Features Syndicate, Universal Studios Licensing LLLP, Viacom International Inc. and Houghton Mifflin Company* | *Attorneys for AGC Inc., American Greetings Corp., Those Characters From Cleveland, Inc., Artlist International USA, Inc., Nintendo of America, Inc., Sanrio, Inc. and James K. Benton* |

PILIERO GOLDSTEIN, LLP

By: *[signature]*
Robert D. Piliero (RP-6898)
Richard B. Brosnick (RB-0005)
Eli Z. Freedberg (EF-6854)
10 East 53rd Street
New York, New York 10022
(212) 478-8500

*Attorneys for Plaintiff*
*Nomination di Antonio e Paolo Gensini, S.N.C.*

SO ORDERED:

*[signature]* Deborah A. Batts
U.S.D.J.   10/24/07

{00039146.DOC}   2