UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Nomination Di Antonio e Paolo Gensini S.N.C.,

                Plaintiff,

    -against-                        07 CIVIL 6959 (DAB)

H.E.R. Accessories Ltd., et. al.,

                Defendants.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Robert D. Piliero, Esq. (RP 6898)

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: RP 6898

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] *Law Firm/Government Agency Association*

    From: Piliero Goldstein, LLP

    To: Butzel Long, P.C.

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] *Address:* 380 Madison Avenue, 22nd Floor, New York, NY 10017

[X] *Telephone Number:* 212-818-1110

[X] *Fax Number:* 212-818-0494

[X] *E-Mail Address:* Piliero@butzel.com

Dated: 12/11/2007