UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NOMINATION DI ANTONIO E PAOLO GENSINI S.N.C.,

                     Plaintiff,

                     07  CIVIL 6959   (DAB)

       -against-

H.E.R. ACCESSORIES LTD., ET. AL.,

                     Defendant.s.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: RICHARD B. BROSNICK, ESQ. (0005)

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: RB 0005

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Piliero Goldstein, LLP

    To: Butzel Long, P.C.

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 380 Madison Avenue, 22nd Floor, New York, NY 10017

☒ *Telephone Number:* 212-818-1110

☒ *Fax Number:* 212-818-0494

☒ *E-Mail Address:* Brosnick@butzel.com

Dated: 12/17/2007