```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: Jan. 09, 2007
------------------------------------- X
NOMINATION DI ANTONIO E PAOLO GENSINI :
S.N.C.,                               :
                                      :             07 cv 6959 (DAB)
                    Plaintiff,        :
                                      :
        -against-                     :
                                      :
H.E.R. ACCESSORIES LTD., PAN OCEANIC  :
GROUP, LLC, RICHARD TERZI, HYMIE      :
ANTEBY, SAM ANTEBY, JACK ANTEBY,      :
CLAIRE'S BOUTIQUES INC., CLAIRE'S     :
STORES, INC., SOCORRO ECHEVERRIA, d/b/a :
DEALT-IN MARKETING, AGC INC., THOSE   :
CHARACTERS FROM CLEVELAND, INC.,      :
AMERICAN GREETINGS CORPORATION,       :
ARTLIST INTERNATIONAL, INC., ARTLIST  :
INTERNATIONAL USA, INC., DIC I        :
CORPORATION d/b/a/ DIC ENTERTAINMENT  :
CORPORATION, HEARST HOLDINGS, INC.,   :
FLEISCHER STUDIOS, INC., KING FEATURES :
SYNDICATE, HOUGHTON MIFFLIN COMPANY,  :
UNIVERSAL STUDIOS LICENSING LLLP,     :
NINTENDO OF AMERICA, INC., JAMES K.   :
BENTON, SANRIO COMPANY, LTD., SANRIO  :
INC., VIACOM INTERNATIONAL, INC., JOHN :
DOES 1-50; and, XYZ CORPORATIONS 1-50, :
                                      :
                    Defendants.       :
------------------------------------- X
```

## STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys and Plaintiff Nomination Di Antonio E Paolo Gensini S.N.C. that Plaintiff hereby substitutes its counsel of record in this matter. This action is not currently scheduled for trial.

00039263.1 N011415.0001

## FORMER ATTORNEYS

Plaintiff's former counsel:

    Piliero Goldstein, LLP
    10 East 53rd Street, 36th Floor
    New York, New York 10022
    (212) 478-8500

are no longer Plaintiff's attorneys in this matter.

## NEW ATTORNEYS

Plaintiff's new counsel in this matter and new attorneys of record on whom all notices and

papers may be served is:

    Robert D. Piliero, Esq. (RP 6898)
    Butzel Long, P.C.
    380 Madison Avenue
    New York, New York 10017
    212-818-1110

Dated:   New York, New York
           November 26, 2007

                            NOMINATION DI ANTONIO E PAOLO
                            GENSINI S.N.C.

                            By: *Elda Fistani* (signature)
                                Name  ELDA FISTANI
                            Its Duly Authorized Representative

Dated:   New York, New York
           December 1, 2007

                            BUTZEL LONG, P.C.

                            By: _____
                            Robert D. Piliero, Esq. (RP 6898)
                            380 Madison Avenue
                            New York, New York 10017
                            212-818-1110

                            *Attorneys for Plaintiff Nomination Di Antonio E*
                            *Paolo Gensini S.N.C.*

November 30, 2007

PILIERO GOLDSTEIN, LLP

By: _____
Robert D. Piliero (RP 6898)
10 East 53rd Street
New York, NY 10022
(212) 478-8500

SO ORDERED

Dated: New York, New York
December ___, 2007

_____
Honorable Deborah A. Batts

00039263.1 N011415.0001

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
NOMINATION DI ANTONIO E PAOLO GENSINI  :
S.N.C.,                                :
                                       :   07 Cv 6959 (DAB)
            Plaintiff,                 :
                                       :
      -against-                        :   **CONSENT TO CHANGE**
                                       :   **OF ATTORNEY**
H.E.R. ACCESSORIES LTD., PAN OCEANIC   :
GROUP, LLC, RICHARD TERZI, HYMIE       :
ANTEBY, SAM ANTEBY, JACK ANTEBY,       :
CLAIRE'S BOUTIQUES INC., CLAIRE'S      :
STORES, INC., SOCORRO ECHEVERRIA, *d/b/a* :
DEALT-IN MARKETING, AGC INC., THOSE    :
CHARACTERS FROM CLEVELAND, INC.,       :
AMERICAN GREETINGS CORPORATION,        :
ARTLIST INTERNATIONAL, INC., ARTLIST   :
INTERNATIONAL USA, INC., DIC I         :
CORPORATION d/b/a/ DIC ENTERTAINMENT   :
CORPORATION, HEARST HOLDINGS, INC.,    :
FLEISCHER STUDIOS, INC., KING FEATURES :
SYNDICATE, HOUGHTON MIFFLIN COMPANY,   :
UNIVERSAL STUDIOS LICENSING LLLP,      :
NINTENDO OF AMERICA, INC., JAMES K.    :
BENTON, SANRIO COMPANY, LTD., SANRIO   :
INC., VIACOM INTERNATIONAL, INC., JOHN :
DOES 1-50; and, XYZ CORPORATIONS 1-50, :
                                       :
            Defendants.                :
---------------------------------------- X

We, the undersigned, do hereby consent and agree that the law firm Butzel Long, P.C., with offices located at 380 Madison Avenue, New York, New York 10017, be substituted as attorneys for Nomination Di Antonio E Paolo Gensini S.N.C., the plaintiff herein, in the place and stead of Pilicro Goldstein, LLP.

00039264.1 N011415.0001

Dated:   November 30, 2007

PILIERO GOLDSTEIN, LLP

By: _____
    Robert D. Piliero


NOMINATION DI ANTONIO E
PAOLO GENSINI S.N.C.

By: _____
    Name   ELDA FISTANI
    Its Duly Authorized Representative

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NOMINATION DI ANTONIO E PAOLO GENSINI
S.N.C.,                                                      07 cv 6959 (DAB)

                    Plaintiff,                     **AFFIDAVIT IN SUPPORT OF**
                                                       **APPLICATION FOR**
     v.                                                       **SUBSTITUTION OF COUNSEL**

H.E.R. ACCESSORIES LTD., PAN OCEANIC
GROUP, LLC, RICHARD TERZI, HYMIE
ANTEBY, SAM ANTEBY, JACK ANTEBY,
CLAIRE'S BOUTIQUES INC., CLAIRE'S
STORES, INC., SOCORRO ECHEVERRIA, d/b/a
DELT-IN MARKETING, AGC INC., THOSE
CHARACTERS FROM CLEVELAND, INC.,
AMERICAN GREETINGS CORPORATION,
ARTLIST INTERNATIONAL, INC., ARTLIST
INTERNATIONL USA, INC., DIC I
CORPORATION d/b/a DIC ENTERTAINMENT
CORPORATION, HEARST HOLDINGS, INC.,
FLEISCHER STUDIOS, INC., KING FEATURES
SYNDICATE, HOUGHTON MIFFLIN COMPANY,
UNIVERSAL STUDIOS LICENSING LLLP,
NINTENDO OF AMERICA, INC., JAMES K.
BENTON, SANRIO COMPANY, LTD., SANRIO
INC., VIACOM INTERNATIONAL, INC., JOHN
DOES 1-50; AND, XYZ CORPORATIONS 1-50,

                    Defendants.
------------------------------------------------------------x

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NEW YORK )

      Robert D. Piliero, being duly sworn, hereby deposes and says:

1. I am a former member of the firm of Piliero Goldstein, LLP, which had been serving as counsel for Plaintiff Nomination Di Antonio E Paolo Gensini S.N.C. in the above-captioned action.

2. I am now a member of the firm of Butzel Long, P.C. resident in the New York City office.

3. This affidavit is respectfully submitted in support of Butzel Long's application to be substituted as counsel for Nomination Di Antonio E Paolo Gensini S.N.C.

4. This substitution will not prejudice any of the parties or delay this action.

5. As set forth in the accompanying stipulation, order and consent, Nomination Di Antonio E Paolo Gensini S.N.C. consents to the withdrawal of Piliero Goldstein, LLP and the substitution of Butzel Long, P.C.

WHEREFORE, it is respectfully requested that Butzel Long's application to be substituted in the place and stead of Piliero Goldstein, LLP as counsel for Nomination Di Antonio E Paolo Gensini S.N.C. be granted in all respects.

_____
Robert D. Piliero

Sworn to before me this
12th day of December, 2007

_____
Notary Public
DEBORAH A. REAGAN
Notary Public, State of New York
No. 01RE6095376
Qualified in Westchester County
Commission Expires July 7, 2011

## CERTIFICATE OF SERVICE

I, Robert D. Piliero, the undersigned attorney at law duly admitted to practice in the State of New York, respectfully show that on the 13th day of December, 2007, the annexed **STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL, CONSENT TO CHANGE OF ATTORNEY AND AFFIDAVIT IN SUPPORT OF APPLICATION FOR SUBSTITUTION OF COUNSEL** was served by first-class mail delivery upon:

> Bruce R. Ewing
> Gianfranco G. Mitrione
> DORSEY & WHITNEY LLP
> 250 Park Avenue
> New York, New York 10177
>
> Robert Penchina
> LEVINE SULLIVAN KOCH & SCHULZ, LLP
> 321 West 44th Street, Suite 510
> New York, New York 10036

_____
Robert D. Piliero