UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
NOMINATION DI ANTONIO E PAOLO GENSINI  :
S.N.C.,                                :
                                       :  07 cv 6959 (DAB)
                Plaintiff,             :
                                       :
        -against-                      :
                                       :
H.E.R. ACCESSORIES LTD., PAN OCEANIC   :
GROUP, LLC, RICHARD TERZI, HYMIE       :
ANTEBY, SAM ANTEBY, JACK ANTEBY,       :
CLAIRE'S BOUTIQUES INC., CLAIRE'S      :
STORES, INC., SOCORRO ECHEVERRIA, *d/b/a* :
DEALT-IN MARKETING, AGC INC., THOSE    :
CHARACTERS FROM CLEVELAND, INC.,       :
AMERICAN GREETINGS CORPORATION,        :
ARTLIST INTERNATIONAL, INC., ARTLIST   :
INTERNATIONAL USA, INC., DIC I         :
CORPORATION d/b/a/ DIC ENTERTAINMENT   :
CORPORATION, HEARST HOLDINGS, INC.,    :
FLEISCHER STUDIOS, INC., KING FEATURES :
SYNDICATE, HOUGHTON MIFFLIN COMPANY,   :
UNIVERSAL STUDIOS LICENSING LLLP,      :
NINTENDO OF AMERICA, INC., JAMES K.    :
BENTON, SANRIO COMPANY, LTD., SANRIO   :
INC., VIACOM INTERNATIONAL, INC., JOHN :
DOES 1-50; and, XYZ CORPORATIONS 1-50, :
                                       :
                Defendants.            :
------------------------------------- X

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for: NOMINATION DI ANTONIO E PAOLO GENSINI S.N.C., Plaintiff.

I certify that I am admitted to practice in this Court.

January 11, 2008                          /s/ Richard B. Brosnick
                                          _____
                                          Signature

                                          Richard B. Brosnick    (RB0005)
                                          _____
                                          Print Name             Bar Number

Butzel Long, a professional corporation
380 Madison Avenue, 22nd Floor
Address

New York, New York 10017
City      State      Zip Code

212-818-1110      212-818-0494

Brosnick@butzel.com
Email Address