```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NOMINATION DI ANTONIO E PAOLO
GENSINI S.N.C.,

                        Plaintiff,
                                              07 Civ. 6959 (DAB)
        -against-                             ORDER

H.E.R. ACCESSORIES LTD., et al.,

                        Defendants.
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of correspondence from the Parties, dated January 22, 2008, January 29, 2008, and February 1, 2008, regarding the scheduling of a discovery conference in this action.

It is the practice of this Court that court-ordered discovery shall not commence until after the disposition of any motions to dismiss. This is a prudent and efficient use of mandated Parties' efforts. However, to the extent that the Parties are willing to proceed among themselves with discovery voluntarily, they may do so at any time.

Plaintiff is granted 60 days from the date of this Order to make an additional submission supplementing his opposition to the Motion to Dismiss. Defendants are granted 30 days from the filing of the additional submission to submit their reply.

Dated:   New York, New York
         February 21, 2008

                                    *Deborah A. Batts*
                                    _____
                                    Deborah A. Batts
                                    United States District Judge