

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

07-CV-6959 (DAB)

NOMINATION DI ANTONIO E PAOLO
GENSINI S.N.C.,

               Plaintiff,

STIPULATION AND
~~PROPOSED~~ ORDER

DAB
2/21/08

-v-

H.E.R. ACCESSORIES LTD., PAN OCEANIC
GROUP, LLC, RICHARD TERZI, HYMIE
ANTEBY, SAM ANTEBY, JACK ANTEBY,
CLAIRE'S BOUTIQUE'S INC., CLAIRE'S
STORES, INC., SOCORRO ECHEVERRIA,
d/b/a DEAL-IN MARKETING, AGC INC.,
THOSE CHARACTERS FROM CLEVELAND,
INC., AMERICAN GREETINGS
CORPORATION, ARTLIST INTERNATIONAL,
INC., ARTLIST INTERNATIONAL USA, INC.,
DIC I CORPORATION d/b/a DIC
ENTERTAINMENT CORPORATION, HEARST
HOLDINGS, INC., FLEISCHER STUDIOS,
INC., KING FEATURES SYNDICATE,
HOUGHTON MIFFLIN COMPANY,
UNIVERSAL STUDIOS LICENSING LLLP,
NINTENDO OF AMERICA, INC., JAMES K.
BENTON, SANRIO COMPANY, LTD., SANRIO
INC., VIACOM INTERNATIONAL, INC., JOHN
DOES 1-50 AND XYZ COMPANIES 1-50,

               Defendants.

------------------------------------------------------------X

     The parties hereto, by and between the undersigned counsel, hereby stipulate as follows:

     Defendants consent to plaintiff's filing, pursuant to Fed. R. Civ. P. 15(a), of its proposed Second Amended Complaint and Jury Demand in this action naming Nomination S.R.L. and Nomination USA, Inc., as additional plaintiffs to this action. A true and correct copy of the proposed Second Amended Complaint and Jury Demand is attached hereto as Exhibit A.

     All parties hereto, by the undersigned counsel, hereby further stipulate and agree that this amendment of plaintiff's complaint shall not prejudice the motion to dismiss filed pursuant to

Fed. R. Civ. P. 12(b)(6) by certain defendants herein, which motion is currently *sub judice*. Such motion shall be deemed to have been made *nunc pro tunc* as to all claims asserted by all plaintiffs in the Second Amended Complaint against the moving defendants. No defendants that filed the aforementioned motion to dismiss shall be required to answer or otherwise respond to the Second Amended Complaint until the pending motion to dismiss is resolved. All other defendants that have previously served Answers to plaintiff's First Amended Complaint shall have ten (10) business days to serve their respective Answers from the date the annexed Second Amended Complaint is filed with the Court, following approval of this Stipulation by the Court.

Dated: February 7, 2008

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By: _____
Robert Penchina (RP 5866)
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100

*Attorneys for Defendants DIC I Corporation, Hearst Holdings, Inc., Fleischer Studios, Inc., King Features Syndicate, Universal Studios Licensing LLLP, Viacom International Inc. and Houghton Mifflin Company*

DORSEY & WHITNEY LLP

By: _____
Bruce R. Ewing (BE 0724)
250 Park Avenue
New York, NY 10177
(212) 415-9206

*Attorneys for AGC Inc., American Greetings Corp., Those Characters From Cleveland, Inc., Artlist International USA, Inc., Nintendo of America, Inc., Sanrio, Inc. and James K. Benton*

BUTZEL LONG

By: _____
Robert D. Piliero (RP-6898)
Richard B. Brosnick (RB-0005)
380 Madison Avenue
New York, New York 10017
(212) 818-1110

*Attorneys for Plaintiff
Nomination di Antonio e Paolo Gensini, S.N.C.*

SO ORDERED:

_____
Deborah A. Batts
U.S.D.J.   2/21/08